**Order entered May 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00088-CV

### IN THE ESTATE OF ROBERT S. KAM, DECEASED

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-1368-3**

## ORDER

Before the Court is the parties' May 19, 2014 joint motion to abate the appeal. The parties have informed the Court that a settlement has been reached and they are in the process of finalizing the settlement papers. We **GRANT** the parties' motion and **ABATE** the appeal for **THIRTY DAYS**. The appeal will be reinstated in thirty days from the date of this order or when the Court receives a motion to dismiss the appeal, whichever occurs sooner.

/s/ ADA BROWN
   JUSTICE